UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:21-cv-0907-AWI-BAM<br><br>**ORDER DIRECTING U.S. MARSHALS NOT TO SERVE COMPLAINT**<br><br>**ORDER DIRECTING CLERK TO REISSUE SUMMONS AND SCHEDULING ORDER** |

Plaintiff Miguel Sanchez seeks judicial review of an administrative decision of the Commissioner of Social Security.  (Doc. 1.)  On June 10, 2021, the Court granted Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  The Court also ordered the Clerk of Court to issue summons and the United States Marshal to serve a copy of the complaint and summons on the defendant.  (Doc. 3.)

On June 10, 2021, the Clerk issued summons and the Court entered a Scheduling Order.  (Docs. 4, 5.)

On June 17, 2021, Plaintiff filed a notice of submission of documents for service by the U.S. Marshal.  (Doc. 6.)  To date, no return of service has been filed.  However, the Court now utilizes an E-Service program, with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a

1

notice of electronic filing of the action along with the summons and complaint.  Service by the U.S. Marshals Service is no longer necessary.

      Accordingly, IT IS HEREBY ORDERED as follows:

1. The U.S. Marshals Service is directed **not** to serve the complaint, summons or any related documents submitted for service by Plaintiff in this case, unless it has already done so.  (Doc. 6.)
2. The Court's Scheduling Order issued on June 10, 2021, is vacated;
3. The Clerk of the Court is directed to reissue new case documents, including the Court's current Scheduling Order;
4. The Clerk of the Court also is directed to reissue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint; and
5. The Clerk of the Court is directed to provide a copy of this order to the U.S. Marshals Service.

IT IS SO ORDERED.

Dated:  **March 2, 2022**         /s/ *Barbara A. McAuliffe*         _
                                                    UNITED STATES MAGISTRATE JUDGE